**Larry D. JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 54900.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 29, 1988.

Helen Chris Taylor, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., John Munson Morris, III, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM.

Movant appeals the trial court's denial, without an evidentiary hearing, of his Rule 27.26 motion. Movant was originally convicted of second degree murder and sentenced to thirty years imprisonment. No appeal was filed. We affirm the motion court. An extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their

information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).